IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,

    Plaintiff,                                   No. CIV S-05-0414 FCD JFM P

    vs.

JAMES A. YATES, Warden, et al.,

    Defendants.                               <u>ORDER</u>

_____/

        Plaintiff's civil rights action, filed pursuant to 42 U.S.C. § 1983, was transferred to the Fresno Division of this court on March 25, 2005.  On July 11, 2005 and July 15, 2005, plaintiff filed two notices in the Sacramento division of this court.  In this court's March 25, 2005 order, plaintiff was directed to file all future documents in the Fresno division.  The Clerk of the Court will be directed to forward plaintiff's July 11 and 15, 2005 filings to the Fresno division.  However, plaintiff is cautioned that he must send all future filings to the Fresno division.  Any further filings in the Sacramento division will be placed in the court file and disregarded because the Sacramento case has been terminated.  Failure to comply with this order may result in the imposition of sanctions.

/////

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court is directed to send copies of plaintiff's July 11 and 15,

3  2005 filings to the Fresno Division of this court for filing in CIV F-05-0401 AWI WMW.

4  2. Plaintiff is directed to reference the Fresno case number on all future filings

5  and to file those documents at:

6  United States District Court
   Eastern District of California
7  1130 "O" Street
   Fresno, CA 93721

9  DATED: July 27, 2005.

                    _____
                    UNITED STATES MAGISTRATE JUDGE

13  /001; jens0414.res

2